# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JUDY HARMON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-3339 |
| | § | |
| ARAMARK SERVICES, INC., | § | |
| TRANSOCEAN ENTERPRISE, INC., | § | |
| TRANSOCEAN DRILLING (USA), INC., | § | |
| TRANSOCEAN OFFSHORE | § | |
| DEEPWATER DRILLING, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER ON MOTION TO REMAND

The plaintiff's Motion to Remand was granted in part in an oral ruling issued from the bench at a hearing held on January 23, 2015. The Jones Act claims in this case are severed and remanded to the 127th Judicial District Court of Harris County, Texas. The claims other than the Jones Act claims remain in federal court.

SIGNED on March 20, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge